Paul R. Niehaus (PN-3994)
HANIFY & KING, P.C.
*Of Counsel to the Firm*
1359 Broadway, Suite 2001
New York, New York  10018
(212) 631-0223

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DELMAR S. DUKES, *on behalf of himself*     :
*and all others similarly situated,*                  :     Civil Action No. 09-cv-6947 (UA)
                                                                        :
        Plaintiffs,                                              :
                                                                        :
    v.                                                              :     RULE 7.1 DISCLOSURE STATEMENT
                                                                        :
VERIFIED IDENTITY PASS, INC.              :
                                                                        :
        Defendant.                                             :
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Verified Identity Pass, Inc. ("VIP") does hereby respectfully submit this disclosure statement, stating that VIP has no parent corporation, and that no publicly-held corporation owns more than 10% of the stock of VIP.  In an abundance of caution, VIP further states that than 10% of its stock is owned by GE Homeland Protection, Inc., and that 81% of GE Homeland Protection, Inc. is owned by Safra,

S.A. and 19% of GE Homeland Protection, Inc. is owned by General Electric Company.

DATED:    August 10, 2009
          New York, New York

                                    HANIFY & KING, P.C.

                                    _____
                                    Paul R. Niehaus (PN-3994)
                                    *Of Counsel to the Firm*
                                    1359 Broadway, Suite 2001
                                    New York, NY 10018
                                    Tel. (212) 631-0223
                                    Fax (212) 624-0223
                                    *Attorneys for Defendant*
                                    *Verified Identity Pass, Inc.*

TO:    Daniel Robert Lapinski
       Wilentz, Goldman & Spitzer, P.A. (NJ)
       110 William Street
       26th Floor
       New York, NY 10038-3901
       Tel. 212-267-3091
       Fax 212-267-3828

       *Attorneys for Plaintiffs and the Proposed Class*

       -and-

       CLERK
       U. S. District Court
       Southern District of New York
       500 Pearl St.
       New York, New York 10007